JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 23, 2010

Check No. 2003273

Check Amount: $375.87

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-44327-R | 00045 | JOHN & MELODY TEREMY | 9 | XXXXX1209 | 0.23 | 0.00 | 0.23 |
| | | Original check written to: | | | | | |
| | | SOUTH VERIZON WIRELESS<br>AFNI/VERIZON WIRELESS<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701-2654 | | | | | |
| 08-41310-R | 00006 | SCOTT D. & LINDA S. DRINKWATER | 4 | 4673 | 0.00 | 4.51 | 4.51 |
| | | Original check written to: | | | | | |
| | | FIRST HORIZON<br>P. O. BOX 630664<br>IRVING, TX 75063 | | | | | |
| 08-42632-R | 00006 | RONNIE L. & MICHELLE L. RANKIN | 3 | XXXXX7117 | 267.57 | 65.24 | 332.81 |
| | | Original check written to: | | | | | |
| | | TRIAD FINANCIAL CORP<br>5201 RUFE SNOW DRIVE<br>SUITE 400<br>NORTH RICHLAND HILLS, TX 76180 | | | | | |
| 08-42636-R | 00045 | BRODRICK DONNELL FARRAR, SR. & JULIE LYNETTE FARRAR | 8 | XXXXX0000 | 0.00 | 0.75 | 0.75 |
| | | Original check written to: | | | | | |
| | | DALLAS COUNTY<br>C/O LINEBARGER, GOGGAN, BLAIR & SAMPSON<br>2323 BRYAN STREET SUITE 1600<br>1720 UNIVISION CENTER<br>DALLAS, TX 75201-2691 | | | | | |
| 08-42645-R | 00001 | CURTIS DWAYNE ARNOLD & CONNIE LYNN MCMANN | 2 | XXXXX3281 | 0.00 | 35.64 | 35.64 |
| | | Original check written to: | | | | | |
| | | TRIAD FINANCIAL CORP<br>5201 RUFE SNOW DRIVE<br>SUITE 400<br>NORTH RICHLAND HILLS, TX 76180 | | | | | |
| 08-43495-R | 00002 | DOUGLAS WAYNE & SUZANNE AVILA MOODY | 12 | XXXXX9404 | 0.00 | 1.93 | 1.93 |
| | | Original check written to: | | | | | |
| | | TRIAD FINANCIAL CORP<br>5201 RUFE SNOW DRIVE<br>SUITE 400<br>NORTH RICHLAND HILLS, TX 76180 | | | | | |
| | | **TOTALS** | | | **$267.80** | **$108.07** | **$375.87** |